# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 572 MAL 2024
:
    Respondent :
:
: Petition for Allowance of Appeal
: from the **Unpublished Judgment**
    v. : **Order** of the Superior Court at No.
: 29 MDA 2024 entered on October
: 17, 2024, **affirming** the Judgment of
AMY LOUISE BITLER, : Sentence of the Lycoming County
: Court of Common Pleas at No. CP-
    Petitioner : 41-CR-0000307-2023 entered on
: December 7, 2023

## ORDER

**PER CURIAM**                                                                        **DECIDED: June 24, 2025**

**AND NOW**, this 24th day of June, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).